UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KRYSTAL BAILEY<br>    Plaintiff, | )<br>)<br>) | CIVIL ACTION<br><br>JURY TRIAL DEMANDED |
| v. | )<br>) | |
| AFNI, INC.<br>    Defendant | )<br>)<br>) | JULY 15, 2013 |

## COMPLAINT

1. This is a suit brought by a consumer under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.,* against AFNI, INC. ("AFNI"). Plaintiff also includes pendent state law claims for AFNI's violations of the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat § 42-110a *et seq*.

2. Plaintiff, Krystal Bailey, is a consumer residing in Meriden, Connecticut.

3. AFNI is an Illinois corporation, is a "debt collector" as defined by the FDCPA, and is registered with the Connecticut Department of Banking as a Consumer Collection Agency.

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692, 28 U.S.C. § 1331, and 28 U.S.C. § 1367.

5. This Court has jurisdiction over AFNI because it regularly collects debts in Connecticut.

6. Venue is proper because the transaction alleged herein occurred in this state.

7. On or around early January 2013, Plaintiff observed that AFNI was reporting an alleged delinquent debt on her credit report relating to a Direct TV account.

8. Plaintiff has not held an account with Direct TV since 2001, in which year she closed her Direct TV account.

9. Furthermore, at the time Plaintiff closed her Direct TV account, no amount was owing.

10. In attempt to induce Plaintiff into paying the alleged debt, AFNI falsely reported the alleged debt to Experian as having been opened on January 1, 2012.

11. In attempt to induce Plaintiff into paying the alleged debt, AFNI falsely reported the alleged debt to Trans Union as having the date of first delinquency as June of 2006.

12. In attempt to induce Plaintiff into paying the alleged debt, AFNI falsely reported the alleged debt to Equifax as being opened in January 14, 2012 and as having the date of first delinquency of June 2006.

13. Upon information and belief, AFNI reported the alleged debt to Experian, Equifax and TransUnion in such a way in order to cause the alleged debt to continue to appear on Plaintiff's credit report and in hopes that Plaintiff would be induced to pay the alleged debt.

14. Plaintiff suffered actual damages as a result of the conduct of AFNI in that she was denied credit by Greenwood Credit Union, and she experienced difficulty obtaining approval for a Mortgage from Norcom Mortgage and Meriden Credit Union.

15. Plaintiff also suffered actual damages in the form of certified mail postage fees which she incurred when she wrote Equifax, Experian and TransUnion to dispute the alleged debt.

16. AFNI violated the FDCPA § 1692e(8) by communicating credit information that it knew, or should have known, to be false to Experian, TransUnion and Equifax .

17. Through its above-described conduct, AFNI violated FDCPA § 1692e(2)(A) by making false representations of the character, amount or legal status of the alleged debt.

18. AFNI violated the FDCPA § 1692e by making false, deceptive or misleading representations in connection with the collection of the alleged debt.

19. AFNI's conduct also constitutes unfair and deceptive acts in violation of CUTPA that have caused Plaintiff ascertainable losses, including, but not limited to, reduced credit score, credit denial, increased difficulty obtaining credit approval for a mortgage, and certified mail postage fees.

WHEREFORE, the Plaintiff claims actual damages and statutory damages of up to $1,000 pursuant to 15 U.S.C. § 1692k(a); attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3); and actual damages, attorney's fees and costs, and punitive damages pursuant to Conn. Gen. Stat. §42-110g.

                PLAINTIFF KRYSTAL BAILEY

                By: /s/ Hailey R. Gallant
                    Daniel S. Blinn (ct02188)
                    Hailey R. Gallant (ct29150)
                    Consumer Law Group, LLC
                    35 Cold Spring Rd, Suite 512
                    Rocky Hill, CT  06067-9997
                    dblinn@consumerlawgroup.com
                    hgallant@consumerlawgroup.com
                    Tel (860) 571-0408
                    Fax (860) 571-7457