UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| KRYSTAL BAILEY | ) | CIVIL ACTION NO. |
|     Plaintiff | ) | 3:13-CV-01004-WWE |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AFNI, INC. | ) | |
|     Defendant | ) | NOVEMBER 5, 2013 |

_____ _____ )

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), the plaintiff, Krystal Bailey,

through her attorney, hereby gives notice that the claims of the above-entitled action

shall be dismissed with prejudice, and without costs or attorney's fees.

PLAINTIFF, KRYSTAL BAILEY

By: /s/Daniel S. Blinn_____
    Daniel S. Blinn, Fed Bar No. (ct02188)
    dblinn@consumerlawgroup.com
    Hailey Gallant Rice. Fed Bar No. (ct29150)
    hgrice@consumerlawgroup.com
    Consumer Law Group, LLC
    35 Cold Spring Rd., Suite 512
    Rocky Hill, CT  06067
    Tel. (860) 571-0408; Fax (860) 571-7457

<u>CERTIFICATION</u>

I hereby certify that on this 5th day of November, 2013, a copy of foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


<u>/s/Daniel S. Blinn</u>
Daniel S. Blinn